Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: 24-318 (BAH)
)
KENNETH GIUSINI )
)
)

**FILED**
AUG 1 5 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## WAIVER OF INDICTMENT

I, __KENNETH GIUSINI__, the above-named defendant, who is accused of

Civil Disorder, in violation of Title 18, United States Code, Section 231 (a)(3)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __August 15, 2024__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: __Beryl A. Howell__   Date: __August 15, 2024__
BERYL A. HOWELL
United States District Judge